JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
   38 CORPORATE PARK, SUITE D
   IRVINE, CA  92714
   714-474-2055
Attorneys for the Plaintiff


FILED
CLERK, U.S. DISTRICT COURT
AUG 27 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           COURT NO: 92 A 20787
          Plaintiff,

     v.                              DEFAULT JUDGMENT

JUDY HOWARD
A/K/A JUDY CLOUTHIER

          Defendant(s).
_____/

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 27 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

   In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

   IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from JUDY HOWARD the sum of $2,696.64 as principal, $2,374.10 as accrued prejudgment interest, $140.00 administrative charges, and $72.50 costs, plus $469.00 attorney fees for a total amount of $5,752.24, plus interest at the current rate until entry of judgment.

   Judgment to accrue interest at the legal rate until paid.

   DATED:  AUG 27 1992

                              LEONARD A. BROSNAN, CLERK
                              U.S. District Court
                              Central District of California

                              By: _____
                                   Deputy Clerk